# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 30, 2013

_____

RULE 45 NOTICE
DOCKETING FORMS

_____

No.  13-1542,    <u>Scott Fischer v. GlaxoSmithKline, LLC</u>
            1:12-cv-00392-NCT-LPA

TO:   William Trippe McKeny for Scott  Fischer

**ALL FORMS DUE BY: 06/14/2013**

The court has not received the forms checked below which it previously directed be filed. Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the required forms are received in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

[X] **Docketing statement - Civil or Agency** required

[X] **Disclosure of corporate affiliations** required

[X] **Appearance of counsel** required (You must be a member of the Fourth Circuit bar before filing privileges will be added to your ECF account.)

Amy L. Carlheim, Deputy Clerk
804-916-2788